UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUDY HARRIS, | ) | 1:06-cv-00466-AWI-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 4) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| JAMES YATES, Warden, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On May 1, 2006, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DISMISSED, without prejudice, as a successive petition.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed objections to the Findings and Recommendations.

//

/

1

1  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 1, 2006, are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED, without prejudice, as a successive petition; and,

3. The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:   June 27, 2006**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

2